## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| EVERICK MOORE, | ) | Count One: 18 U.S.C. § 922(g) |
| | ) | (Possession of a Firearm by a Felon) |
| Defendant. | ) | |
| | ) | Count Two: 21 U.S.C. §§ 841(a)(1) and 841 |
| | ) | (b)(1)(D) |
| | ) | (Possession with the Intent to Distribute a |
| | ) | Controlled Substance) |
| | ) | |
| | ) | Count Three: D.C. Code § 22-1101(b)(1) |
| | ) | (Second Degree Cruelty to Children) |
| | ) | |
| | ) | Forfeiture Notice |

The Grand Jury charges:

### COUNT ONE

On or about August 17, 2016, in the District of Columbia and elsewhere, Defendant **EVERICK MOORE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly, intentionally, and unlawfully possess and receive the following firearm and the following ammunition in and affecting interstate commerce: a PTR Industries .308 caliber pistol with serial number DK2248; .308 caliber ammunition, and 9mm ammunition, in violation of Title 18, United States Code, Sections 922(g).

**(Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Section 922(g))**

## COUNT TWO

On or about August 17, 2016, in the District of Columbia and elsewhere, Defendant

**EVERICK MOORE**, did unlawfully, knowingly, and intentionally possess with intent to

distribute a mixture and substance containing less than 50 kilograms of marijuana and fewer than

50 marijuana plants, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D).

**(Possession with the Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))**

## COUNT THREE

On or about July 20, 2016, in the District of Columbia and elsewhere, Defendant

**EVERICK MOORE**, did intentionally, knowingly, and recklessly maltreat a child and engage in

conduct which caused a grave risk of bodily injury to J.M., a girl under 18 years of age, that is,

about three years of age, in violation of Title 22, D.C. Code, Section 1101(b)(1).

**(Second Degree Cruelty to Children, in violation of Title 22, D.C. Code, Section 1101(b))**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the

United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing

commission of the offense, including but not limited to a .308 caliber pistol, .308 caliber

ammunition, and 9mm ammunition.

2. Upon conviction of the offense alleged in Count Two, the defendant shall forfeit to the

United States, pursuant to 21 U.S.C. §853(a), any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of this

offense.  The property subject to forfeiture includes $3,780 in United States currency, seized by

the United States Postal Service Office of the Inspector General from 1916 Lawrence Street NE,

Washington, DC, on or about August 17, 2016.  The United States will also seek a forfeiture money

judgment against the defendant equal to the value of any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as the result of this offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act

of omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;
      b.  has been transferred or sold to, or deposited with, a third party;
      c.  has been placed beyond the jurisdiction of the court;
      d.  has been substantially diminished in value; or
      e.  has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Sections 853(a),(p); and Title 28, United States Code, Section 2461(c)).**

A TRUE BILL.

Dated: _____

_____
GRAND JURY FOREPERSON

ANNALOU T. TIROL
Acting Chief, Public Integrity Section

By: _____
Nicholas Connor
James Mann
Trial Attorneys
Public Integrity Section
Criminal Division

U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20530
(202) 514-1412